UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA PEREZ CAMPOS,<br><br>          Plaintiff,<br>     vs.<br><br>WALETICH CORPORATION,<br>et al.,<br><br>          Defendants.<br>_____/ | CASE NO. CV F 10-1242 LJO MJS<br><br>**ORDER AFTER SETTLEMENT**<br>(Doc. 36.) |

Plaintiff's counsel notified this Court that settlement has been reached. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than April 4, 2011,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

This Court VACATES all pending dates and matters, including the September 29, 2011 pretrial conference and October 17, 2011 trial.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272.

IT IS SO ORDERED.

**Dated:   March 3, 2011**                    /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE