THE BRANDI LAW FIRM
THOMAS J. BRANDI #53208
DANIEL DELL'OSSO #118203
BRIAN J. MALLOY #234882
354 Pine Street, Third Floor
San Francisco, California  94104
Telephone: (415) 989-1800
Facsimile:  (415) 989-1801

Attorneys for Plaintiff:
Erica Perez Campos

UNITED STATES DISTRICT COURT

EASTERN DISTRICT CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ERICA PEREZ CAMPOS | NO. 1:10-cv-01242-LJO-MJS |
| Plaintiff, | **STIPULATION AND [PROPOSED]** |
| v. | **ORDER OF DISMISSAL** |
| WALETICH CORPORATION, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, through their respective attorneys of record, that this entire action be, and hereby is, dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each party to bear their own fees and costs.

Dated:  March 29, 2011                              THE BRANDI LAW FIRM

                                                                      By: /s Brian J. Malloy_____
                                                                              BRIAN J. MALLOY
                                                                              Attorney for Plaintiff

1

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

Dated:  April 4, 2011              MICHEL & FACKLER

                                   By:  /s Michael D. Michel_____
                                        MICHAEL D. MICHEL
                                        Attorney for Defendant Vanguard National
                                        Trailer Corporation

Dated:  March 29, 2011             SNYDER LAW LLP

                                   By:  /s Barry C. Snyder_____
                                        BARRY C. SNYDER
                                        Attorney for Defendants Waletich Corporation
                                        (dba Waletich Transportion) and Michael
                                        Wayne Kinney

## ORDER

The clerk is directed to close this action.

IT IS SO ORDERED.

   Dated:   **April 5, 2011**              **/s/ Lawrence J. O'Neill**
                                           UNITED STATES DISTRICT JUDGE

2

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL